# EXHIBIT B

| US8818711B2 | Adidas Running App  ("The Accused instrumentality") |
|---|---|
| 1. A method to construct a path analysis in an area, the method comprising:<br>receiving a first set of location data from a first mobile device, the first set of location data comprising multiple data points of physical locations traversed by the first mobile device that represent a first path in an area traversed by the first mobile device | The accused instrumentality practices a method to construct a path analysis in an area, the method comprising: receiving a first set of location data (e.g., GPS data from a first user of the Adidas Running App) from a first mobile device (e.g., a first user of Adidas Running App), the first set of location data comprising multiple data points of physical locations (e.g., a path is drawn based on the physical locations traversed by the first user) traversed by the first mobile device that represent a first path in an area traversed by the first mobile device. |



https://play.google.com/store/apps/details?id=com.runtastic.android&hl=en_US



*Note: In order to offer our users the best possible experience, this list has been slightly changed. Thanks for your understanding!*

# SMARTWATCHES

## POLAR WATCH



adidas Running now offers Polar integration, too. No need to run with your phone – easily sync activities tracked with your Polar GPS watch directly to the app!

https://www.runtastic.com/blog/en/runtastic-smartwatch-and-app-integration/

Start tracking your workout & fitness training activities!

The adidas Running app by Runtastic allows you to map your activity's mileage, distance, time, speed, elevation, calories burned, and other stats.

**THE FREE FEATURES OF YOUR NEW RUN AND MILE TRACKER APP**

* **Easy run tracking** in real time with built-in GPS.

* Monitor your running statistics to **analyze your exercise and training patterns**. Whether you're jogging or running for weight loss, a beginner looking to improve your running technique and habit, or even a pro looking to compete in a 5k, 10k, or marathon run, tracking & knowing your progress is step one!

* Customize the app **dashboard** to your needs.

* Get training guidance and audio feedback from the customizable **Voice Coach** - your companion for guidance and motivation.

* **LIVE Tracking & Cheering**: Let your friends know that you are out and about — receive custom cheers to motivate you to go even further!

https://play.google.com/store/apps/details?id=com.runtastic.android&hl=en_US





https://www.wareable.com/running/runtastic-pro-guide-how-to-become-a-better-runner-320

| generating, using a processor, a traversable path based on the first set of location data without using traditional maps | The accused instrumentality practices generating, using a processor, a traversable path based on the first set of location data (e.g., first set of physical locations traversed by the first user) without using traditional maps. |
| --- | --- |

| | |
|---|---|
| | <br><br>https://www.wareable.com/running/runtastic-pro-guide-how-to-become-a-better-runner-320 |
| the traversable path following a non-predetermined path that at least partially does not adhere to predetermined paths identified in the traditional maps and including a portion that deviates from the first path traversed by the first mobile device | The traversable path follows non-predetermined path that at least partially does not adhere to predetermined paths identified in the traditional maps and including a portion (e.g., the portion of the traversable path formed using the second set of location data of other users) that deviates from the first path traversed by the first mobile device. |



https://www.wareable.com/running/runtastic-pro-guide-how-to-become-a-better-runner-320

| | |
|---|---|
| |  **Keep it fresh** Running the same old, tired route can lead to psychological fatigue but discovering new, interesting and safe routes at the right distance can also be a chore. You can use Runtastic's Route finder to break the monotony and keep things fresh. Hundreds of routes have been logged by other Runtastic runners around the world meaning you can search for set distances, use your current location or look further afield if you're planning some holiday miles. Each run comes with distance, an elevation chart, total climb data and a runner star rating. Once you've found a promising prospect, one tap of a button lets you load it into your workout and audio prompts keep you on course during the run. https://www.wareable.com/running/runtastic-pro-guide-how-to-become-a-better-runner-320 |
| the portion of the traversable path that deviates from the first path traversed by the first mobile device determined based on differences between the first set of | The portion of the traversable path that deviates from the first path (e.g., the routes associated with nearby location logged by other Adidas Running App users) traversed by the first mobile device determined based on differences between the first set of location data and one or more second sets of location data from one or more second mobile devices (e.g., the routes associated with nearby location logged by other Adidas Running App users). |

location data and one or more second sets of location data from one or more second mobile devices



https://www.wareable.com/running/runtastic-pro-guide-how-to-become-a-better-runner-320



### Keep it fresh

Running the same old, tired route can lead to psychological fatigue but discovering new, interesting and safe routes at the right distance can also be a chore. You can use Runtastic's Route finder to break the monotony and keep things fresh. Hundreds of routes have been logged by other Runtastic runners around the world meaning you can search for set distances, use your current location or look further afield if you're planning some holiday miles.

Each run comes with distance, an elevation chart, total climb data and a runner star rating. Once you've found a promising prospect, one tap of a button lets you load it into your workout and audio prompts keep you on course during the run.

https://www.wareable.com/running/runtastic-pro-guide-how-to-become-a-better-runner-320

| | |
|---|---|
| the one or more second sets of location data comprising multiple data points of physical locations traversed by the one or more | The one or more second sets of location data comprising multiple data points of physical locations traversed by the one or more second mobile devices (e.g., the routes associated with nearby locations logged by other Adidas Running App users' devices) in the area traversed by the first mobile device. |

second mobile devices in the area traversed by the first mobile device;



https://www.wareable.com/running/runtastic-pro-guide-how-to-become-a-better-runner-320



**Keep it fresh**

https://www.wareable.com/running/runtastic-pro-guide-how-to-become-a-better-runner-320

| | |
|---|---|
| superimposing the traversable path onto a map; and<br><br>packaging the map for delivery or display of the map at a device. | The accused instrumentality practices superimposing the traversable path onto a map (e.g. first path of the user and second set of location by other Runtastic users) and packaging the map for delivery or display of the map at a device (e.g., the device containing the Adidas running App). |



**Keep it fresh**

Running the same old, tired route can lead to psychological fatigue but discovering new, interesting and safe routes at the right distance can also be a chore. You can use Runtastic's Route finder to break the monotony and keep things fresh. Hundreds of routes have been logged by other Runtastic runners around the world meaning you can search for set distances, use your current location or look further afield if you're planning some holiday miles.

Each run comes with distance, an elevation chart, total climb data and a runner star rating. Once you've found a promising prospect, one tap of a button lets you load it into your workout and audio prompts keep you on course during the run.

https://www.wareable.com/running/runtastic-pro-guide-how-to-become-a-better-runner-320

| | |
|---|---|
| 2. The method of claim 1, further comprising polling the one or more second mobile devices for the one or more second sets of location data | The accused instrumentality practices polling the one or more second mobile devices (e.g., other Runtastic users and the corresponding devices) for the one or more second sets of location data. |





Running the same old, tired route can lead to psychological fatigue but discovering new, interesting and safe routes at the right distance can also be a chore. You can use Runtastic's Route finder to break the monotony and keep things fresh. Hundreds of routes have been logged by other Runtastic runners around the world meaning you can search for set distances, use your current location or look further afield if you're planning some holiday miles.

Each run comes with distance, an elevation chart, total climb data and a runner star rating. Once you've found a promising prospect, one tap of a button lets you load it into your workout and audio prompts keep you on course during the run.

https://www.wareable.com/running/runtastic-pro-guide-how-to-become-a-better-runner-320

| 6. The method of claim 1, wherein the first set of location data is batched by the first mobile device | The first set of location data is batched by the first mobile device (e.g., first path user and its associated mobile device). |
|---|---|



**RUNTASTIC**     CARDIO   STRENGTH   NUTRITION   DAILY HABITS   SUCCESS STORIES

*Note: In order to offer our users the best possible experience, this list has been slightly changed. Thanks for your understanding!*

## SMARTWATCHES

### POLAR WATCH



adidas Running now offers Polar integration, too. No need to run with your phone – easily sync activities tracked with your Polar GPS watch directly to the app!

https://www.runtastic.com/blog/en/runtastic-smartwatch-and-app-integration/

|  | Start tracking your workout & fitness training activities! The adidas Running app by Runtastic allows you to map your activity's mileage, distance, time, speed, elevation, calories burned, and other stats.<br><br>**THE FREE FEATURES OF YOUR NEW RUN AND MILE TRACKER APP**<br>* **Easy run tracking** in real time with built-in GPS.<br>* Monitor your running statistics to **analyze your exercise and training patterns**. Whether you're jogging or running for weight loss, a beginner looking to improve your running technique and habit, or even a pro looking to compete in a 5k, 10k, or marathon run, tracking & knowing your progress is step one!<br>* Customize the app **dashboard** to your needs.<br>* Get training guidance and audio feedback from the customizable **Voice Coach** - your companion for guidance and motivation.<br>* **LIVE Tracking & Cheering**: Let your friends know that you are out and about — receive custom cheers to motivate you to go even further!<br><br>https://play.google.com/store/apps/details?id=com.runtastic.android&hl=en_US |



https://www.wareable.com/running/runtastic-pro-guide-how-to-become-a-better-runner-320

PERFECT PARTNER
* Start an activity directly from your wrist. adidas Running is fully **optimized for Android Wear 2.0**
* Have a 3D look at your run afterwards by connecting your account to the **Relive app**.
* Runtastic is integrated with **Garmin Connect (Garmin Forerunner, Fenix, GPS-enabled Vivo or Edge bike computer), Polar Flow** and **Google Fit**.


https://play.google.com/store/apps/details?id=com.runtastic.android&hl=en_US

| 12. The method of claim 10, further comprising superimposing the traversable path onto the map of the area. | The accused instrumentality practices superimposing the traversable path onto the map of the area. |
| --- | --- |

**Keep it fresh**



Running the same old, tired route can lead to psychological fatigue but discovering new, interesting and safe routes at the right distance can also be a chore. You can use Runtastic's Route finder to break the monotony and keep things fresh. Hundreds of routes have been logged by other Runtastic runners around the world meaning you can search for set distances, use your current location or look further afield if you're planning some holiday miles.

Each run comes with distance, an elevation chart, total climb data and a runner star rating. Once you've found a promising prospect, one tap of a button lets you load it into your workout and audio prompts keep you on course during the run.

https://www.wareable.com/running/runtastic-pro-guide-how-to-become-a-better-runner-320

| | |
|---|---|
| 16. A system to model traversable paths in an area, the system comprising:<br><br>a location module configured to collect location data from mobile devices in an area, wherein the mobile devices that provide location data are location-enabled to provide the location data and the location data includes multiple data points of physical locations traversed by the mobile devices; | The accused instrumentality forms a system to model traversable paths in an area, the system comprising:<br>a location module (e.g., the GPS module of the mobile device using Adidas running App) configured to collect location data from mobile devices in an area , wherein the mobile devices that provide location data are location-enabled to provide the location data and the location data includes multiple data points of physical locations traversed by the mobile devices (e.g., the wrist watch and associated Adidas running App provides the location aware data with the help of integrated GPS). |



https://play.google.com/store/apps/details?id=com.runtastic.android&hl=en_US



*Note: In order to offer our users the best possible experience, this list has been slightly changed. Thanks for your understanding!*

## SMARTWATCHES

### POLAR WATCH



adidas Running now offers Polar integration, too. No need to run with your phone – easily sync activities tracked with your Polar GPS watch directly to the app!

https://www.runtastic.com/blog/en/runtastic-smartwatch-and-app-integration/

Start tracking your workout & fitness training activities!
The adidas Running app by Runtastic allows you to map your activity's mileage, distance, time, speed, elevation, calories burned, and other stats.

**THE FREE FEATURES OF YOUR NEW RUN AND MILE TRACKER APP**
* **Easy run tracking** in real time with built-in GPS.
* Monitor your running statistics to **analyze your exercise and training patterns**. Whether you're jogging or running for weight loss, a beginner looking to improve your running technique and habit, or even a pro looking to compete in a 5k, 10k, or marathon run, tracking & knowing your progress is step one!
* Customize the app **dashboard** to your needs.
* Get training guidance and audio feedback from the customizable **Voice Coach** - your companion for guidance and motivation.
* **LIVE Tracking & Cheering**: Let your friends know that you are out and about — receive custom cheers to motivate you to go even further!

https://play.google.com/store/apps/details?id=com.runtastic.android&hl=en_US







https://www.wareable.com/running/runtastic-pro-guide-how-to-become-a-better-runner-320

| | |
|---|---|
| a database configured to store the location data collected from the mobile devices, wherein the location data identifies paths traversed by the mobile devices in the area; | The system comprises a database (e.g., server database associated with accused instrumentality) configured to store the location data collected from the mobile devices, wherein the location data identifies paths traversed by the mobile devices in the area (e.g., first set of physical locations traversed by a first user of Adidas Running App). |

Start tracking your workout & fitness training activities!

The adidas Running app by Runtastic allows you to map your activity's mileage, distance, time, speed, elevation, calories burned, and other stats.

**THE FREE FEATURES OF YOUR NEW RUN AND MILE TRACKER APP**

* **Easy run tracking** in real time with built-in GPS.

* Monitor your running statistics to **analyze your exercise and training patterns**. Whether you're jogging or running for weight loss, a beginner looking to improve your running technique and habit, or even a pro looking to compete in a 5k, 10k, or marathon run, tracking & knowing your progress is step one!

* Customize the app **dashboard** to your needs.

* Get training guidance and audio feedback from the customizable **Voice Coach** - your companion for guidance and motivation.

* **LIVE Tracking & Cheering**: Let your friends know that you are out and about — receive custom cheers to motivate you to go even further!

https://play.google.com/store/apps/details?id=com.runtastic.android&hl=en_US





https://www.wareable.com/running/runtastic-pro-guide-how-to-become-a-better-runner-320

| a processor configured to generate traversable paths in the area based on the paths traversed by the mobile devices without using traditional maps, the traversable paths following a non-predetermined path that at least partially does not adhere to conventional paths shown in the traditional maps and including a portion that deviates from at least one of the paths traversed by the | The system comprises  a processor (e.g., the processor of the mobile device using Adidas Running App) configured to generate traversable paths in the area based on the paths traversed by the mobile devices without using traditional maps, the traversable paths following a non-predetermined path that at least partially does not adhere to conventional paths shown in the traditional maps and including a portion that deviates from at least one of the paths traversed by the mobile devices, the portion of the traversable paths that deviates from at least one of the paths traversed by the mobile devices determined based on differences between the at least one of the paths traversed by the mobile devices and one or more other paths traversed by others of the mobile devices.<br><br>The accused instrumentality provides traversable path consists of first set of location by first user and second set of location by other Adidas Running app users. |

mobile devices, the portion of the traversable paths that deviates from at least one of the paths traversed by the mobile devices determined based on differences between the at least one of the paths traversed by the mobile devices and one or more other paths traversed by others of the mobile devices; and



https://www.wareable.com/running/runtastic-pro-guide-how-to-become-a-better-runner-320





### Keep it fresh

Running the same old, tired route can lead to psychological fatigue but discovering new, interesting and safe routes at the right distance can also be a chore. You can use Runtastic's Route finder to break the monotony and keep things fresh. Hundreds of routes have been logged by other Runtastic runners around the world meaning you can search for set distances, use your current location or look further afield if you're planning some holiday miles.

Each run comes with distance, an elevation chart, total climb data and a runner star rating. Once you've found a promising prospect, one tap of a button lets you load it into your workout and audio prompts keep you on course during the run.

https://www.wareable.com/running/runtastic-pro-guide-how-to-become-a-better-runner-320

| a map module configured to package a map for display on a device, the map including the area and the generated traversable paths. | The system comprises a map module configured to package a map for display on a device, the map including the area and the generated traversable paths.<br><br>Upon information and belief, the accused instrumentality comprises a map module which enables the first user of the Adidas Running App to display the generated traversable path and the area. |
|---|---|



**Keep it fresh**

Running the same old, tired route can lead to psychological fatigue but discovering new, interesting and safe routes at the right distance can also be a chore. You can use Runtastic's Route finder to break the monotony and keep things fresh. Hundreds of routes have been logged by other Runtastic runners around the world meaning you can search for set distances, use your current location or look further afield if you're planning some holiday miles.

Each run comes with distance, an elevation chart, total climb data and a runner star rating. Once you've found a promising prospect, one tap of a button lets you load it into your workout and audio prompts keep you on course during the run.

https://www.wareable.com/running/runtastic-pro-guide-how-to-become-a-better-runner-320

| | |
|---|---|
| 17. The system of claim 16, wherein the processor is further configured to adapt the traversable | The processor is configured to adapt the traversable paths over time to changes that occur in the area. |

paths over time to changes that
occur in the area.



https://play.google.com/store/apps/details?id=com.runtastic.android&hl=en_US